NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS BIONDOLILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE HOLDING AG, SEVERIN SCHWAN, ALAN HIPPE, DANIEL O'DAY, and GOTTLIEB A. KELLER,<br><br>Defendants. | Civ. No. 17-4056<br><br>**ORDER** |

THOMPSON, U.S.D.J.

For the reasons stated in this Court's Opinion on this same day,

IT IS on this 24th day of September, 2018,

ORDERED that Defendants' Motion to Dismiss (ECF No. 31) is GRANTED; and it is further

ORDERED that Plaintiff's Amended Complaint (ECF No. 24) is DISMISSED; and it is further

ORDERED that Plaintiff's Motion to Strike (ECF No. 34) is DISMISSED AS MOOT; and it is further

ORDERED that Plaintiff is granted leave to amend his Amended Complaint within 21 days of the date of this Order, pursuant to Local Rule 15.1(b).

_/s/ Anne E. Thompson_
ANNE E. THOMPSON, U.S.D.J.